# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-00050-01-CR-W-GAF |
| ) | |
| CRAIG TATE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Defendant's Motion to Suppress Evidence (doc. 28). Defendant asserts that the gun seized from a hotel room in which defendant was located should be suppressed because the police lacked a warrant, exigent circumstances, or valid consent to enter the hotel room, and that the gun was not in plain view.

On January 13, 2016, United States Magistrate Judge Robert E. Larsen conducted an evidentiary hearing on the motion to suppress.

On January 21, 2016, United States Magistrate Judge Robert E. Larsen issued his Report and Recommendation (doc. 40). Defendant's Objections to the Report and Recommendation were due on February 4, 2017. No objections have been filed.

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Robert E. Larsen.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Evidence (doc. 28) is OVERRULED and DENIED.

SO ORDERED.

s/ Gary A. Fenner
                                              GARY A. FENNER, JUDGE
                                              UNITED STATES DISTRICT COURT

DATED: June 14, 2016